

# NUMBER 13-14-00545-CR

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

THE STATE OF TEXAS,                                           Appellant,

v.

JAMES GREEN AKA
ANTHONY GREEN,                                               Appellee.

## On appeal from the 148th District Court
## of Nueces County, Texas.

# ORDER

## Before Chief Justice Valdez and Justices Garza and Longoria
## Order Per Curiam

Appellant, the State of Texas, by and through the District Attorney in and for Nueces County, Texas, has filed a motion for stay of proceedings in the above cause. On September 2, 2014, the trial court granted a motion to quash and exception to substance of the indictment. The State has filed a notice of appeal and has requested a stay in the trial court's proceedings pending disposition of its appeal. *See* Tex. Code

CRIM. PROC. ANN. § 44.01(a)(1), (e) (West Supp. 2011). The Court, having examined

and fully considered the motion for stay of proceedings, is of the opinion that said motion

should be granted. The motion for stay is hereby GRANTED, and the trial court's

proceedings are hereby ordered STAYED pending disposition of the State's appeal.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
8th day of October, 2014.